IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: ColorTree Group, Inc.,

       Debtor.                            Case No. 19-34739-KLP
                                         Chapter 7

## TRUSTEE'S REPORT OF SALE

DATE OF SALE: March 23, 2021

TYPE OF SALE: Private, approved by Court Order entered March 22, 2021.

PROPERTY SOLD: Remnant Assets

PURCHASER: Oak Point Partners

GROSS PROCEEDS: $5,000.00

NET PROCEEDS TO ESTATE: $5,000.00

Date: <u>April 14, 2021</u>      By: <u>/s/ Peter J. Barrett, Trustee</u>

**KUTAK ROCK LLP**
Peter J. Barrett, Trustee (Va. Bar No. 46179)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (804) 644-1700

4818-1180-4133.1

## **CERTIFICATE OF SERVICE**

   Pursuant to the Local Rules of this Court, I certify under penalty of perjury that I served a copy of this document via ECF on April 14, 2021, to the following persons:

John P. Fitzgerald, III
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219
*United States Trustee*

Colortree Group, Inc.
8000 Villa Park Drive
Henrico, VA 23228
*Debtor*

                /s/ Peter J. Barrett
                Peter J. Barrett, Trustee